# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **ELIZABETH TURKETTE,** on behalf of herself and others similarly situated<br>**Plaintiff,**<br>v.<br>**WEDDING CRUSHERS LLC,** *et al.*,<br>**Defendants.** | Civil Action No. 7:24-cv-408 |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff Elizabeth Turkette and Defendants Wedding Crushers LLC, Robert Furrow, and Adam Jones (collectively the "Parties"), by their respective counsel, respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

## CONCLUSION

Wherefore the parties request that the Court approve the settlement and enter the Proposed Order provided as an attachment to this Motion.

We Ask for this:

By: /s/ Christopher E. Collins
Christopher E. Collins (VSB No. 90632)
Mia Yugo (VSB No. 92975)
YUGO COLLINS, PLLC
25 Franklin Road, SW
Roanoke, Virginia 24011
Tel: (540) 861-1529
Direct: (540) 855-4791
chris@yugocollins.com
mia@yugocollins.com
*Counsel for Plaintiff*

By: /s/ Brittany M. Haddox
Brittany M. Haddox (VSB No. 86416)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: (540) 283-0802
brittany@vaemployment.law
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Christopher E. Collins