CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
March 03, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELIZABETH TURKETTE, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 7:24-cv-408 ) |
| WEDDING CRUSHERS LLC, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the court on a joint motion for settlement approval filed by plaintiff Elizabeth Turkette and defendants Wedding Crushers LLC, Robert Furrow, and Adam Jones. ECF No. 37. A hearing was held on the motion on March 3, 2025. Because this action arises under the Fair Labor Standards Act ("FLSA"), court approval is required before a settlement may be executed, due to the public interest in "determining whether the court is properly fulfilling its duties when it approves an FLSA settlement agreement." Patel v. Barot, 15 F. Supp. 3d 648, 654 (E.D. Va. 2014). Having reviewed the settlement agreement, ECF No. 38-1, the court concludes for the reasons set forth in the parties' memorandum of law in support of their joint motion for settlement approval, ECF No. 38, that the settlement is "'a fair and reasonable resolution of a bona fide dispute over FLSA provisions.'" Patel, 15 F. Supp. 3d at 654 (quoting Lynn Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350, 1355 (11th Cir. 1982)). The motion is hereby **GRANTED**.

Accordingly, it is **ORDERED** that the agreement reached by the parties is approved and shall take effect. It is further **ORDERED** that this action is dismissed with prejudice.

1

The clerk is directed to close this case. Pursuant to the parties' request, this court retains jurisdiction to enforce the terms of the settlement under <u>Kokkonen v. Guardian Life Insurance Co. of America</u>. 511 U.S. 375, 381 (1994) (permitting district courts to retain jurisdiction over settlement agreements when a provision so-providing "has been made part of the order of dismissal").

It is **SO ORDERED**.

Entered: March 3, 2025

*[signature]*

Michael F. Urbanski
Senior United States District Judge